HOGAN LOVELLS US LLP
Michael M. Maddigan (Bar No. 163450)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com

Jennifer Fleury (*pro hac vice forthcoming*)
Justin W. Bernick (*pro hac vice forthcoming*)
Anna Kurian Shaw (*pro hac vice forthcoming*)
Lauren B. Cury (*pro hac vice forthcoming)*
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
jennifer.fleury@hoganlovells.com
justin.bernick@hoganlovells.com
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com

*Attorneys for Plaintiffs Celonis SE and Celonis, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Celonis SE and Celonis, Inc. | **Case No. 25-cv-02519** |
| Plaintiffs, | |
| v. | **PLAINTIFF CELONIS SE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| SAP SE and SAP America, Inc. | |
| Defendants. | **Complaint Filed: March 13, 2025** |

HOGAN
LOVELLS US
LLP
ATTORNEYS AT LAW
LOS ANGELES

CELONIS SE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Celonis SE discloses the following:

Celonis SE has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcomes of this proceeding:

1.  Accel Fund 3 (Accel London Investments XI Sarl)

2.  Nominacher Ventures GmbH

3.  Aviado GmbH

4.  AR Ventures GmbH

Dated: March 13, 2025

HOGAN LOVELLS US LLP

By:  ___/s/ Michael M. Maddigan___
Michael M. Maddigan (Bar No. 163450)

*Attorneys for Plaintiffs Celonis SE and Celonis, Inc.*

HOGAN LOVELLS
US LLP
ATTORNEYS AT LAW
LOS ANGELES

CELONIS SE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS