HOGAN LOVELLS US LLP
Michael M. Maddigan (Bar No. 163450)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com

Jennifer Fleury (*pro hac vice forthcoming*)
Justin W. Bernick (*pro hac vice forthcoming*)
Anna Kurian Shaw (*pro hac vice forthcoming*)
Lauren B. Cury (*pro hac vice forthcoming)*
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
jennifer.fleury@hoganlovells.com
justin.bernick@hoganlovells.com
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com

*Attorneys for Plaintiffs Celonis SE and Celonis, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Celonis SE and Celonis, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>SAP SE and SAP America, Inc.<br><br>Defendants. | **Case No. 25-cv-2519**<br><br>**PLAINTIFF CELONIS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Complaint Filed: March 13, 2025** |

- 2 -

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Celonis, Inc. discloses the following:

Celonis, Inc. is a wholly-owned subsidiary of Celonis SE.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: March 13, 2025

HOGAN LOVELLS US LLP

By:    /s/ Michael M. Maddigan
Michael M. Maddigan (Bar No. 163450)

*Attorneys for Plaintiffs Celonis SE and Celonis, Inc.*