HOGAN LOVELLS US LLP
Michael M. Maddigan (Bar No. 163450)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com

Jennifer Fleury (*pro hac vice pending*)
Justin W. Bernick (*pro hac vice pending*)
Anna Kurian Shaw (*pro hac vice pending*)
Lauren B. Cury (*pro hac vice pending*)
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
jennifer.fleury@hoganlovells.com
justin.bernick@hoganlovells.com
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com

*Attorneys for Plaintiffs Celonis SE and Celonis, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Celonis SE and Celonis, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>SAP SE and SAP America, Inc.<br><br>Defendants. | **Case No.: 3:25-CV-02519-VC**<br><br>**PLAINTIFFS CELONIS SE'S AND CELONIS, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date: April 24, 2025**<br>**Time: 10:00 AM**<br>**Judge: Honorable Vince Chhabria**<br>**Courtroom: 4 – 17th Floor** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFFS CELONIS SE'S AND CELONIS, INC.'S NOTICE OF MOTION AND MOTION FOR
PRELIMINARY INJUNCTION
CASE NO.: 3:25-CV-02519-VC

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 24, 2025, at 10:00 a.m., or as soon as the matter may be heard, in the United States District Court for the Northern District of California, San Francisco Division, Celonis SE and Celonis, Inc. (collectively, "Celonis"), will and hereby do move this Court, pursuant to Fed. R. Civ. P. 65, for a preliminary injunction order enjoining SAP SE and SAP America, Inc. (collectively, "SAP"), and all those acting at their direction or in concert with them, from the acts set forth in the previously filed proposed order (ECF No. 21), namely: (a) implementing and/or enforcing any policy, technical measure, or modification to licensing terms, or change to the same, that would inhibit or prevent customers from utilizing Celonis' ABAP extractor to extract their data from the SAP ERP application; (b) implementing any policy change, technical measure, or modification to licensing terms that would require customers to pay more to extract data for use with non-SAP competitor process mining solutions; and (c) making, issuing, or causing to be made any communications with or directed at customers suggesting that using Celonis will: (i) negatively impact customers' migration to S/4HANA, pose a risk to customers' system stability or is otherwise incompatible with SAP or (ii) require customers to obtain a full-use license or pay other fees not imposed on Signavio customers. SAP should be directed to allow Celonis' ABAP extractor to continue operating with SAP's ECC and S/4HANA platforms without additional cost until (1) the completion of all legal proceedings in this Action, including all appeals, or (2) further order of the Court. Such protections should extend to Celonis' affiliates, partners, employees, users, and customers.

This motion is made on the grounds that: (1) absent a preliminary injunction, Celonis is likely to suffer irreparable harm; (2) Celonis is likely to succeed on the merits of its claims; (3) the balance of equities tips sharply in Celonis' favor; and (4) the public interest supports an injunction. This motion is based upon the Complaint in this action; this Notice of Motion; the previously filed Memorandum of Points and Authorities; the previously filed Proposed Order; the previously filed Declarations of Hayk Zargaryan, William Mark Jacobs, and Kostis Hatzitaskos, Ph.D. (ECF No.

- 1 -

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFFS CELONIS SE'S AND CELONIS, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
CASE NO.: 3:25-CV-02519-VC

21); all matters with respect to which this Court may take judicial notice; and such oral and documentary evidence as may be presented to the Court.

Dated: March 18, 2025

Respectfully submitted,

By: */s/ Michael M. Maddigan*
Michael M. Maddigan (Bar No. 163450)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com

Jennifer Fleury *(pro hac vice pending)*
Justin W. Bernick *(pro hac vice pending)*
Anna Kurian Shaw *(pro hac vice pending)*
Lauren B. Cury *(pro hac vice pending)*
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
jennifer.fleury@hoganlovells.com
justin.bernick@hoganlovells.com
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com

*Attorneys for Plaintiffs Celonis SE and Celonis, Inc.*

- 2 -
PLAINTIFFS CELONIS SE'S AND CELONIS, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
CASE NO.: 3:25-CV-02519-VC

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES