JONES DAY
David. C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
555 California Street, 26th Floor
San Francisco, California  94104
Telephone:     +1.415.626.3939
Facsimile:      +1.415.875.5700

JONES DAY
Tharan Gregory Lanier (State Bar No. 138784)
tglanier@jonesday.com
Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
1755 Embarcadero Road
Palo Alto, California  94303
Telephone:     +1.650.739.3939
Facsimile:      +1.630.739.3900

Attorneys for Defendants
SAP SE and SAP AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CELONIS SE and CELONIS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SAP SE and SAP AMERICA, INC.,**<br><br>**Defendants.** | Case No. 3:25-cv-02519-VC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:   Hon. Vince Chhabria<br>Courtroom:   4 |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Celonis SE and Celonis, Inc. (together "Celonis") and Defendants SAP SE and SAP America, Inc. (together "SAP") hereby stipulate that the time for SAP to respond to Celonis' Complaint is extended to May 12, 2025.

This stipulation will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: April 1, 2025                                JONES DAY

                                                    By: /s/ Catherine T. Zeng
                                                        Catherine T. Zeng

                                                    Attorneys for Defendants
                                                    SAP SE and SAP AMERICA, INC.


Dated: April 1, 2025                                HOGAN LOVELLS US LLP

                                                    By: /s/ Michael M. Maddigan
                                                        Michael M. Maddigan

                                                    Attorneys for Plaintiffs
                                                    CELONIS SE and CELONIS, INC.