| | |
|---|---|
| David C. Kiernan (State Bar No. 215335) | Ryan P. Phair (*pro hac vice*) |
| dkiernan@jonesday.com | ryanphair@paulhastings.com |
| Craig E. Stewart (State Bar No. 129530) | Michael F. Murray (*pro hac vice*) |
| cestewart@jonesday.com | michaelmurray@paulhastings.com |
| Nathaniel P. Garrett (State Bar No. 248211) | PAUL HASTINGS LLP |
| ngarrett@jonesday.com | 2050 M Street NW |
| JONES DAY | Washington, D.C. 20036 |
| 555 California Street, 26th Floor | Telephone:+1.202.551.1700 |
| San Francisco, California 94104 | Facsimile: +1.202.551.1705 |
| Telephone:+1.415.626.3939 | |
| Facsimile: +1.415.875.5700 | Stephen J. McIntyre (State Bar No. 274481) |
| | stephenmcintyre@paulhastings.com |
| Tharan Gregory Lanier (State Bar No. 138784) | PAUL HASTINGS LLP |
| tglanier@jonesday.com | 515 South Flower Street, 25th Floor |
| Catherine T. Zeng (State Bar No. 251231) | Los Angeles, California 90071 |
| czeng@jonesday.com | Telephone:+1.213.683.6000 |
| JONES DAY | Facsimile: +1.213.627.0705 |
| 1755 Embarcadero Road | |
| Palo Alto, California  94303 | |
| Telephone:+1.650.739.3939 | |
| Facsimile: +1.630.739.3900 | |

*Attorneys for Defendants SAP SE and SAP AMERICA, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELONIS SE and CELONIS, INC., | Case No. 3:25-cv-02519-VC |
| Plaintiffs and Counterclaim-Defendants, | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED |
| v. | |
| SAP SE, | |
| Defendant and Counterclaim-Plaintiff, and | |
| SAP AMERICA, INC., | |
| Defendant. | |

Having considered Defendants' Motion to Consider Whether Plaintiffs' Material Should Be Sealed in connection with the names of six customers in a portion of Defendants' Answer and Affirmative Defenses to First Amended Complaint and SAP SE's Counterclaims for Patent Infringement (Dkt. ___), the Court hereby grants the request that the materials reflected in the chart below remain under seal pursuant to this Court's prior order (Dkt. 129 at 1) and in accordance with Local Rule 79-5(f).

| **Sought to be Sealed** | **Basis for Sealing** |
|---|---|
| Name of customer in paragraph 131. | Celonis moved to seal the customer name in paragraph 131 (*see* Dkt. 112-3 at ¶ 131) and the Court granted that motion to seal (Dkt. 129 at 1). |
| Name of customer in paragraph 198. | Celonis moved to seal the customer name in paragraph 131 (*see* Dkt. 112-3 at ¶ 198) and the Court granted that motion to seal (Dkt. 129 at 1). |
| Name of customer in paragraph 257. | Celonis moved to seal the customer name in paragraph 131 (*see* Dkt. 112-3 at ¶ 257) and the Court granted that motion to seal (Dkt. 129 at 1). |
| Name of customer in paragraph 258. | Celonis moved to seal the customer name in paragraph 131 (*see* Dkt. 112-3 at ¶ 258) and the Court granted that motion to seal (Dkt. 129 at 1). |
| Name of customer in paragraph 259. | Celonis moved to seal the customer name in paragraph 131 (*see* Dkt. 112-3 at ¶ 259) and the Court granted that motion to seal (Dkt. 129 at 1). |
| Name of customer in paragraph 266. | Celonis moved to seal the customer name in paragraph 131 (*see* Dkt. 112-3 at ¶ 266) and the Court granted that motion to seal (Dkt. 129 at 1). |

**IT IS SO ORDERED.**

Dated:  December 1 , 2025

_____
The Honorable Vince Chhabria
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING DEFS.'
ADMIN. MOT. TO CONSIDER WHETHER PLS.'
MATERIAL SHOULD BE SEALED
Case No. 3:25-cv-02519-VC