| | |
|---|---|
| HOGAN LOVELLS US LLP<br>Michael M. Maddigan (Bar No. 163450)<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>michael.maddigan@hoganlovells.com<br><br>Jennifer Fleury (*pro hac vice*)<br>Justin W. Bernick (*pro hac vice*)<br>Anna Kurian Shaw (*pro hac vice*)<br>Lauren B. Cury (*pro hac vice*)<br>Christopher Fitzpatrick (*pro hac vice*)<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>jennifer.fleury@hoganlovells.com<br>justin.bernick@hoganlovells.com<br>anna.shaw@hoganlovells.com<br>lauren.cury@hoganlovells.com<br><br>Attorneys for Plaintiffs<br>CELONIS SE and CELONIS, Inc. | David C. Kiernan (State Bar No. 215335)<br>dkiernan@jonesday.com<br>Craig E. Stewart (State Bar No. 129530)<br>cestewart@jonesday.com<br>Nathaniel P. Garrett (State Bar No. 248211)<br>ngarrett@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, California 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Tharan Gregory Lanier (State Bar No. 138784)<br>tglanier@jonesday.com<br>Catherine T. Zeng (State Bar No. 251231)<br>czeng@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, California 94303<br>Telephone: +1.650.739.3939<br>Facsimile: +1.630.739.3900<br><br>Attorneys for Defendants<br>SAP SE and SAP AMERICA, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Celonis SE and Celonis, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>SAP SE and SAP America, Inc.<br><br>Defendants. | **Case No. 3:25-CV-02519-VC**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR PLAINTIFFS CELONIS SE AND CELONIS, INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIMS** |

Pursuant to Civil Local Rules 6-2(b) and 7-12, Plaintiffs Celonis SE and Celonis, Inc., (collectively "Celonis") and Defendants SAP SE and SAP America, Inc. (collectively "SAP"), by and through their respective counsel, hereby stipulate, as follows:

1. On November 24, 2025, SAP filed its Answer and Affirmative Defenses to Celonis's First Amended Complaint and Counterclaim for Patent infringement against Celonis. (Dkt. No. 131).

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Celonis would have 21 days, or until December 15, 2025, to respond to SAP's counterclaims.

3. In order to give Celonis a full and fair opportunity to respond to SAP's counterclaims, Celonis and SAP have conferred and reached an agreement to extend Celonis's time to respond to the counterclaims by thirty days, to January 14, 2026.

4. Pursuant to Civil Local Rule 6-2, this stipulation is accompanied by the Declaration of Lauren B. Cury setting forth (1) the reasons for the requested enlargement of time; (2) all previous time modification in this case; and (3) the effect of the requested enlargement of time.

Respectfully submitted,

Dated: December 12, 2025

By: */s/ Lauren B. Cury*
Michael M. Maddigan (Bar No. 163450)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com

Jennifer Fleury (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
Lauren B. Cury (*pro hac vice*)
Christopher Fitzpatrick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
jennifer.fleury@hoganlovells.com

justin.bernick@hoganlovells.com
anna.shaw@hoganlovells.com
lauren.cury@hoganlovells.com
chris.fitzpatrick@hoganlovells.com

*Attorneys for Plaintiffs CELONIS SE and CELONIS, Inc.*

Dated: December 12, 2025

By: */s/ Catherine T. Zeng*
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California  94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Tharan Gregory Lanier (State Bar No. 138784)
tglanier@jonesday.com
Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, California  94303
Telephone:     +1.650.739.3939
Facsimile:     +1.630.739.3900

*Attorneys for Defendants*
*SAP SE and SAP AMERICA, INC.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

As the attorney e-filing this document, pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulation and Proposed Order to Extend Time has been obtained from the other signatories.

Dated: December 12, 2025

By: */s/ Lauren B. Cury*
Lauren B. Cury
Attorney for Plaintiffs Celonis SE
and Celonis, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- The deadline for plaintiffs Celonis SE and Celonis, Inc. to answer or otherwise respond to the Counterclaim for Patent Infringement (Dkt. No. 131) is extended thirty days to January 14, 2026.

Dated __December 18_____, 2025

_____
Honorable Vince Chhabria
United States District Judge