| | |
|---|---|
| David C. Kiernan (State Bar No. 215335)<br>dkiernan@jonesday.com<br>Nathaniel P. Garrett (State Bar No. 248211)<br>ngarrett@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, California 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700 | Ryan P. Phair (*pro hac vice*)<br>ryanphair@paulhastings.com<br>Michael F. Murray (*pro hac vice*)<br>michaelmurray@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, D.C. 20036<br>Telephone: +1.202.551.1700<br>Facsimile: +1.202.551.1705 |
| Tharan Gregory Lanier (State Bar No. 138784)<br>tglanier@jonesday.com<br>Catherine T. Zeng (State Bar No. 251231)<br>czeng@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, California 94303<br>Telephone: +1.650.739.3939<br>Facsimile: +1.630.739.3900 | Stephen J. McIntyre (State Bar No. 274481)<br>stephenmcintyre@paulhastings.com<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, California 90071<br>Telephone: +1.213.683.6000<br>Facsimile: +1.213.627.0705<br><br>Kristin L. Cleveland (State Bar No. 184639)<br>kristin.cleveland@klarquist.com<br>John D. Vandenberg (*pro hac vice*)<br>john.vandenberg@klarquiest.com<br>KLARQUIST SPARKMAN, LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, OR 97204<br>Telephone: +1.503.595.5300<br>Facsimile: +1.503.595.5301 |

*Attorneys for Defendants*
*SAP SE and SAP AMERICA, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELONIS SE and CELONIS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP SE and SAP AMERICA, INC.,<br><br>Defendants. | Case No. 3:25-cv-02519-VC<br><br>**SAP SE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c), Counterclaim-Plaintiff SAP SE files this notice of voluntary dismissal without prejudice for all of SAP SE's counterclaims for patent infringement (Dkt. 131).  SAP SE files this notice of voluntary dismissal without prejudice before any opposing party, Counterclaim-Defendants Celonis SE and Celonis, Inc. (together, "Celonis"), served a responsive pleading.

On February 26, 2026, the Court granted Celonis' motion to sever and denied Celonis' motion to dismiss without prejudice to be refiled.  (Dkt. 170.)  The parties met and conferred regarding transferring SAP SE's patent infringement counterclaims to the U.S. District Court for the Eastern District of Texas, where Celonis' patent infringement claims against SAP are currently pending.  The parties did not reach an agreement.  SAP SE files this notice of voluntary dismissal without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c) for all of its patent infringement counterclaims.

Dated: March 5, 2026

JONES DAY

By: /s/ *David C. Kiernan*
     David C. Kiernan

*Attorneys for Defendants
SAP SE and SAP AMERICA, INC.*