TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
GREGORY P. ADAMS (CSB No. 292391)
gadams@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Non-Party
Databricks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Celonis SE and Celonis, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>SAP SE and SAP America, Inc.,<br><br>Defendant. | **Case No.: 3:25-CV-02519-VC-SK**<br><br>**DECLARATION OF TYLER G. NEWBY IN SUPPORT OF DATABRICKS, INC.'S MOTION TO QUASH SUBPOENA**<br><br>**Date:        June 8, 2026**<br>**Time:        9:30 am**<br>**Judge:      Hon. Sallie Kim**<br>**Courtroom C, 15th Floor** |

FENWICK & WEST LLP
ATTORNEYS AT LAW

I, Tyler Newby, hereby declare:

1. I am an attorney admitted to practice before this Court and a partner at the law firm of Fenwick & West LLP, which represents non-party Databricks, Inc. ("Databricks") in this matter. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently to the matters described below.

2. A true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action Plaintiffs Celonis SE and Celonis, Inc. ("Celonis") served on Databricks on January 12, 2026 is attached as **Exhibit A**. The subpoena seeks 19 categories of documents and communications concerning Databricks' interactions with SAP, the January 5, 2025 partnership agreement between Databricks and SAP, and SAP's policies regarding third-party access to its ERP environment.

3. Databricks served timely written objections to the subpoena and then engaged in extensive negotiations with Celonis to narrow the scope of the requests, and conducted a reasonable search of its files. On March 27, 2026, Databricks produced responsive, non-privileged documents sufficient to describe its partnership with SAP and Databricks' views on the commercial benefits it would receive from the partnership.

4. Counsel for Databricks and counsel for Celonis met and conferred regarding Celonis's discovery demands on six occasions: January 15, 2026; February 24, 2026; March 11, 2026; March 20, 2026; March 31, 2026; and April 13, 2026.

5. Throughout those discussions, Databricks repeatedly emphasized that the requested information was largely obtainable from Defendants SAP SE and SAP America, Inc. ("SAP"), and that any deposition would be cumulative of Databricks' document production and unduly burdensome. Celonis's counsel also confirmed that SAP produced the January 5, 2025 partnership agreement between Databricks and SAP through party discovery.

6. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs Celonis SE's and Celonis, Inc.'s Notice of Deposition of Databricks, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6), served by Celonis on Databricks on April 22, 2026, noticing a deposition for May 5, 2026, in San Francisco, California, and listing seven topics for examination.

<div style="margin-left:2em; font-variant: small-caps;">Fenwick & West LLP<br>Attorneys At Law</div>

DECLARATION OF TYLER G. NEWBY
ISO MOTION TO QUASH SUBPOENA

2

Case No.: 3:25-CV-02519-VC-SK

7.    Attached hereto as **Exhibit C** is a true and correct copy of an April 22, 2026 email from Celonis's counsel stating that Celonis would seek a deposition and identifying Document Request Nos. 3, 4, 5, 6, 12, and 17 from Celonis's January 12, 2026 document subpoena as requests on which Celonis would seek further discovery.

**8.**    Attached hereto as **Exhibit D** is a true and correct copy of Databricks, Inc.'s Objections to Plaintiffs' Notice of Deposition, which Databricks served on Celonis on May 4, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May 2026.

By: /s/  *Tyler G. Newby*
Tyler G. Newby

FENWICK & WEST LLP
ATTORNEYS AT LAW