David. C. Kiernan (SBN 215335)
dkiernan@jonesday.com
Nathaniel P. Garrett (SBN 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Tharan Gregory Lanier (SBN 138784)
tglanier@jonesday.com
Catherine T. Zeng (SBN 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 739-3939
Facsimile: (630) 739-3900

Attorneys for Defendants
SAP SE and SAP AMERICA, INC.

Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
Alexis J. Loeb (SBN 269895)
aloeb@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs CELONIS SE and
CELONIS, INC.

Michael M. Maddigan (SBN 163450)
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Jennifer Fleury (*pro hac vice*)
jennifer.fleury@hoganlovells.com
Justin W. Bernick (*pro hac vice*)
justin.bernick@hoganlovells.com
Anna Kurian Shaw (*pro hac vice*)
anna.shaw@hoganlovells.com
Lauren B. Cury (*pro hac vice*)
lauren.cury@hoganlovells.com
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC  20004
Telephone: (202) 637-5600

Attorneys for Plaintiffs CELONIS SE and
CELONIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CELONIS SE and CELONIS, INC.,** | **Case No. 3:25-cv-02519-VC** |
| **Plaintiffs,** | **JOINT STIPULATION TO EXTEND THE CASE SCHEDULE** |
| **v.** | |
| **SAP SE and SAP AMERICA, INC.,** | Judge:  Hon. Vince Chhabria |
| **Defendants.** | Courtroom:   4, 17th Floor |

JOINT STIPULATION TO EXTEND THE CASE
SCHEDULE - Case No. 3:25-cv-02519-VC

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Celonis SE and Celonis, Inc. ("Celonis") and Defendants SAP America, Inc. and SAP SE (together "SAP", collectively with Celonis, the "Parties"), by and through their respective counsel, hereby stipulate, as follows:

WHEREAS, Celonis filed this action on March 13, 2025, and filed the First Amended Complaint on July 21, 2025;

WHEREAS, Celonis sought leave to amend the pleadings and file a Second Amended Complaint on May 2, 2026;

WHEREAS, on July 3, 2025, the Court entered a case schedule through trial (Dkt. 104);

WHEREAS, on December 12, 2025, the Parties jointly moved to extend the case deadlines with competing proposed case schedules (Dkt. 140);

WHEREAS, on December 29, 2025, the Court entered an order setting forth the currently operative case schedule (Dkt. 145);

WHEREAS, the Parties have agreed that a limited four-week extension of time for depositions is necessary given the volume of documents produced and witness availability;

WHEREAS, an extension for depositions will impact the dates for expert discovery;

WHEREAS, the Parties also have reached agreement on the intervening dates for expert discovery (e.g., dates for opening, rebuttal and reply reports) and a briefing schedule for dispositive and *Daubert* motions, which are not included in the current schedule;

WHEREAS, the limited extended deadlines jointly sought are requested in advance of the expiration of any related deadlines;

WHEREAS, the parties have previously requested the following extensions with the following results and the Court has not stated that no further extensions will be granted:

- On March 23, 2025 Defendants moved for a 30 day extension to respond to Plaintiffs' motion for preliminary injunction, which was granted.

- On April 1, 2025, the Parties stipulated that the time for Defendants to respond to Plaintiffs' Complaint was extended to May 12, 2025.

- On December 12, 2025 the Parties stipulated that the time for Plaintiffs to respond to Defendants' Counterclaims was extended by 30 days. The Court

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO EXTEND THE CASE
SCHEDULE - Case No. 3:25-cv-02519-VC

2

granted this stipulation on December 18, 2025.

- On June 25, 2026 Plaintiffs filed a motion for leave to file a second amended complaint and to extend the case schedule by 12 weeks. That motion is pending and set for a hearing on June 25, 2026.

WHEREAS, this stipulation does not affect the trial date or any existing date set forth in the Court's December 29, 2025 order not specifically identified below;

WHEREAS, none of the extensions sought by this [Proposed] Stipulated Order prejudice the parties or the Court;

NOW THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree to the terms of this Jointly Proposed Schedule as follows

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to Produce Documents and Serve Deposition Notices | May 27, 2026 | May 27, 2026 |
| Deadline to Conduct Depositions | May 27, 2026 | June 30, 2026 |
| Case Management Conference | June 5, 2026 | June 5, 2026 |
| Hearing on Motion for Leave to Amend the Pleadings | | June 25, 2026[1] |
| Opening Expert Reports | June 15, 2026 | July 15, 2026 |
| Rebuttal Expert Reports | | September 4, 2026 |
| Reply Expert Reports[2] | | September 25, 2026 |
| Expert Discovery Cut-Off | October 1, 2026 | October 16, 2026 |
| Deadline to File Dispositive and *Daubert* Motions | October 19, 2026 | October 30, 2026 |
| Deadline to Oppose Dispositive and *Daubert* Motions | | November 25, 2026 |
| Deadline to File Reply in Support of Dispositive and *Daubert* Motions | | December 11, 2026 |

[1] Plaintiffs' motion to amend the First Amended Complaint is set for hearing on June 25, 2026.  If the Court grants the motion to amend, the Parties will meet and confer regarding the schedule and jointly present a renewed scheduling proposal (or competing proposals if, despite good faith efforts, the parties cannot reach agreement).

[2] Reply Expert Reports are limited to responding to matters in the Rebuttal Expert Reports.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO EXTEND THE CASE
SCHEDULE - Case No. 3:25-cv-02519-VC

3

| Event | Current Deadline | New Deadline |
|-------|-----------------|--------------|
| Deadline for Hearing Dispositive and *Daubert* Motions | December 28, 2026 | December 28, 2026 **(or other date convenient for the Court)** |
| Final Pretrial Conference | February 24, 2027 | February 24, 2027 |
| Trial | March 8, 2027 | March 8, 2027 |

The Parties further stipulate and agree that each side shall be entitled to 165 hours of time on the record to conduct fact depositions.


Dated:  May 14, 2026                    JONES DAY


By:    /s/ *David C. Kiernan*
       David. C. Kiernan

       Attorneys for Defendants
       SAP SE and SAP AMERICA, INC.


Dated:  May 14, 2026                    HOGAN LOVELLS US LLP


By:    /s/ *Jennifer Fleury*
       Jennifer Fleury

       Attorneys for Plaintiffs
       CELONIS SE and CELONIS, INC.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO EXTEND THE CASE
SCHEDULE - Case No. 3:25-cv-02519-VC                4

## SIGNATURE ATTESTATION

I attest that the content of this document is acceptable to all persons required to sign it, and that I have obtained authorizations from each of them to affix his or her electronic signature to this document.

Dated:  May 14, 2026                      HOGAN LOVELLS US LLP

By:  /s/ *Jennifer Fleury*
Jennifer Fleury

Attorneys for Plaintiffs
CELONIS SE and CELONIS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  _____, 2026            _____
The Honorable Vince Chhabria
United States District Judge

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO EXTEND THE CASE
SCHEDULE - Case No. 3:25-cv-02519-VC                    5