United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELONIS SE, et al.,<br>Plaintiffs,<br>v.<br>SAP SE, et al.,<br>Defendants. | Case No. 25-cv-02519-VC (SK)<br><br>**ORDER ON PENDING ADMNISTRATIVE MOTIONS**<br><br>Regarding Docket Nos. 193, 200, 280 |

Now before the Court are the following administrative motions:

(1) The motion by Plaintiffs Celonis SE and Celonis, Inc. (collectively, "Celonis") to seal portions of their motion to compel and of Exhibit 5 that were designated as confidential by Defendants SAP SE and SAP America, Inc. (collectively, "SAP"). (Dkt. No. 193.) Celonis also filed a motion to amend its Exhibit 5. (Dkt. No. 200.) The Court GRANTS the motion to amend Exhibit 5. The Court GRANTS the motion to seal only as to the address on page 5 of Exhibit 5, the company name on page 311 at line 9, and on page 313 the first company name at line 15, the company and its CEO's names at lines 20 through 21, and the company name at line 25. The Court DENIES the motion to seal as to the remainder.

(2) SAP's motion to seal portions of documents designated as confidential by Celonis. (Dkt. No. 280.) The Court GRANTS the motion as to the redacted portions on

///

///

///

///

page 2 at lines 7-9 of the joint letter brief and the redacted customer names in Exhibits A, B, and C. The Court DENIES the remainder of this motion to seal.

**IT IS SO ORDERED**.

Dated: July 16, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California