Michael M. Maddigan (Bar No. 163450)
HOGAN LOVELLS CADWALADER US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.maddigan@hlc.com

Jennifer Fleury (*pro hac vice)*
Justin W. Bernick (*pro hac vice)*
Anna Kurian Shaw (*pro hac vice*)
Lauren B. Cury (*pro hac vice*)
Celine J. Crowson (*pro hac vice*)
Christopher Fitzpatrick (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
jennifer.fleury@hlc.com
justin.bernick@hlc.com
anna.shaw@hlc.com
lauren.cury@hlc.com
celine.crowson@hlc.com
chris.fitzpatrick@hlc.com

Russell Tan (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
609 Main Street
Suite 4200
Houston, TX 77001
Telephone: (713) 632-1437
russell.tan@hlc.com

Sarah Keller (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
8350 Broad Street
17th Floor
Tysons, VA 22102
Telephone: (703) 374-2300
sarah.w.keller@hlc.com

Christopher C. Wheeler (Bar No. 224872)
Alexis J. Loeb (Bar No. 269895)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com
aloeb@fbm.com

*Attorneys for Plaintiffs Celonis SE and
Celonis, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CELONIS SE and CELONIS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SAP SE and SAP AMERICA, INC.<br><br>Defendants. | **Case No.: 3:25-CV-02519-VC-SK**<br><br>**PLAINTIFFS CELONIS SE'S AND CELONIS, INC.'S STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED**<br><br>**[L.R. 7-11 and 79-5]**<br><br>**Judge: Honorable Vince Chhabria**<br>**Courtroom: 4, 17th Floor** |

## I.    Introduction

On July 24, 2026, Defendants SAP SE and SAP America, Inc. (collectively, "SAP" or "Defendants") filed an Administrative Motion to Consider Whether Plaintiffs' Material Should Be Sealed (the "Administrative Motion") in connection with Defendants' Answer and Affirmative Defenses to Second Amended Complaint ("SAP's Answer"). Dkt. 292. In its Administrative Motion, SAP requested that small portions of SAP's Answer be sealed, on grounds that they contain information or reference documents that have been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" by Celonis. Pursuant to Civil Local Rules 79-5(f) and (c), and Paragraphs 28-34 of the Court's Standing Order for Civil Cases, Plaintiffs Celonis SE and Celonis, Inc. (collectively, "Celonis") submit this Statement in Response to Defendants' Administrative Motion (the "Statement") to respectfully request that the Court enter an order allowing a narrowed set of information in SAP's Answer to remain under seal, namely:

| Document | Sealed Portion of Document |
|---|---|
| SAP's Answer | *Yellow-highlighted portions:* Paragraphs 132, 198, 282-284, and 291 |

The selected portions of SAP's Answer that Celonis seeks to seal are limited to customer information, which the Court has already permitted to remain under seal. The remaining portions filed under seal in the Administrative Motion do not merit sealing.

This Statement is accompanied by the Declaration of Lauren Cury in support of this Statement ("Sealing Declaration") and is filed concurrently with a proposed order granting Celonis' motion and authorizing the sealing of the unredacted version of the documents. Celonis also submits concurrently herewith as **<u>Exhibit A</u>** a proposed replacement revised, redacted version of SAP's Answer reflecting its narrowed proposed redactions.

### A.  Legal Standard

While courts "recognize a general right to inspect and copy public records and documents, including judicial records," *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978), it is also "uncontested" that "the right to inspect and copy judicial records is not absolute." *Id.* at 598. A compelling

reason supported by specific facts is needed before a Court will consider sealing records involving dispositive motions. *See Kamakana v. City & Cnty. Of Honolulu,* 447 F.3d 1172, 1179-80 (9th Cir. 2006). This Court has applied the compelling reasons standard to complaints, answers and counterclaims, as they are considered "the pleadings on which [an] action is based." *See, e.g.*, *Delfino Green & Green v. Workers Compensation Sols., LLC*, No. 15-CV-02302-HSG, 2015 WL 4235356, at *2 (N.D. Cal. July 13, 2015). "What constitutes a 'compelling reason' is 'best left to the sound discretion of the trial court.'" *Ctr. for Auto Safety v. Chrysler Grp. LLC,* 809 F.3d 1092, 1097 (9th Cir. 2016) (quoting *Nixon*, 435 U.S. at 599).

### B. Compelling Reasons Exist to Seal the Customer Information in SAP's Answer

Here, Celonis requests to narrowly redact portions of SAP's Answer that contain customer names. This Court has already granted requests to seal Celonis' customer names in its prior Orders. *See Order Granting Renewed Motion to Seal*, Dkt. 271 (permitting the sealing of portions of the Second Amended Complaint, including customer names); *see also Order Granting Motion to Seal*, Dkt. 129 (permitting the sealing of portions of the First Amended Complaint and Exhibit A, including customer names); *Order on Sealing Mots.*, Dkt. 99 (permitting, among others, the sealing of customer names (Dkt. 55)). Such sealing comports with the Ninth Circuit's explanation that sealing is appropriate where records may otherwise serve "*as sources of business information that might harm a litigant's competitive standing.*" *Ctr. for Auto Safety*, 809 F.3d at 1097 (citations omitted and emphasis added). Avoiding disclosure of Celonis' customers is critical to maintaining Celonis' competitive position in the market and to preventing misuse of this information by competitors. *See Dynetix Design Sols. Inc. v. Synopsys Inc.*, No. C 11-CV-05973, 2013 WL 2285210, at *1 (N.D. Cal. May 23, 2013) (recognizing that disclosure of a customer list may be prejudicial to ability to compete in the marketplace); *E. & J. Gallo Winery v. Instituut Voor Landbouw-En Visserijonderzoek*, No. 1:17-cv-00808-DAD-EPG, 2018 WL 4961606, at *2 (E.D. Cal. Oct. 11, 2018) (recognizing that the disclosure of customer information would lead to unfair harm to plaintiff's business if not sealed under compelling reasons standard).

### C. No Less Restrictive Alternative to Sealing is Sufficient

Celonis' request for sealing advanced in this Statement is "as narrowly tailored as possible" pursuant to the Court's Standing Order ¶ 31 to provide for maximum access to judicial records, and

- 2 -

Celonis does not seek to indiscriminately seal portions of documents that do not contain sealable material. To this end, Celonis does not seek to seal entire pages, paragraphs, or even lines of SAP's Answer, and the redactions it seeks are significantly narrower than those proposed in SAP's Administrative Motion. Thus, the proposal to seal is narrowly tailored to provide for maximum access to judicial records, and no less restrictive alternative to the relief requested in this Statement is available.

### D. Conclusion

For the foregoing reasons, Celonis respectfully requests that the Court order the identified portions of SAP's Answer to remain under seal. A Proposed Order granting Celonis' desired relief is submitted herewith.

Dated: July 31, 2026

Respectfully submitted,

By: */s/ Lauren Cury*
Lauren B. Cury (*pro hac vice*)
Jennifer Fleury (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
Celine J. Crowson (*pro hac vice*)
Christopher Fitzpatrick (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
lauren.cury@hlc.com
jennifer.fleury@hlc.com
justin.bernick@hlc.com
anna.shaw@hlc.com
celine.crowson@hlc.com
chris.fitzpatrick@hlc.com

Michael M. Maddigan (Bar No. 163450)
HOGAN LOVELLS CADWALADER US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.maddigan@hlc.com

Russell Tan (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
609 Main Street

- 3 -

Suite 4200
Houston, TX 77001
Telephone: (713) 632-1437
russell.tan@hlc.com

Sarah Keller (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
8350 Broad Street
17th Floor
Tysons, VA 22102
Telephone: (703) 374-2300
sarah.w.keller@hlc.com

Christopher C. Wheeler (Bar No. 224872)
Alexis J. Loeb (Bar No. 269895)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com
aloeb@fbm.com

*Attorneys for Plaintiffs Celonis SE and Celonis, Inc.*

- 4 -