# EXHIBIT C

# Redacted Public Version

**Exhibit C – Cody McGuire Search Strings (Disputed Strings in Red)**

| **Custodian: Cody McGuire** | |
|---|---|
| 1 | codypmcguire@gmail.com OR "codypmcguire*" OR (gmail w/5 "McGuire") |
| 2 | secret* OR confidential* OR proprietary OR noncompet* OR non-compet* OR nondisclos* OR non-disclos* OR "NDA" OR "employment agreement" OR "restrictive covenant" OR "exit interview" |
| 3 | [redacted] OR [redacted] OR [redacted] OR [redacted] OR [redacted] OR "[redacted]" OR "[redacted] OR [redacted] OR [redacted] OR [redacted] OR [redacted] OR [redacted] OR "[redacted]" OR [redacted] OR "[redacted]" OR "[redacted]" OR [redacted] OR [redacted] OR "[redacted]" OR "[redacted] |
| 4 | ((customer* OR user* OR client* OR target*) /5 (list* OR roster* OR directory* OR name* OR index*)) |
| 5 | ([redacted] OR [redacted] OR [redacted] OR [redacted] W/15 ([redacted]) |
| 6 | (Canad*) AND (finance* OR revenue* OR profit* OR "financial perform*" OR "business perform*" OR "sales" OR "earnings" OR "income" OR "margin*" OR forecast* OR "[redacted] OR "[redacted] OR "[redacted]" OR "[redacted] OR "[redacted]") |
| 7 | "[redacted]" OR "[redacted]" OR "[redacted]" OR "[redacted]" OR "[redacted]" OR "[redacted]" |
| 8 | (SAP OR Signavio) AND (contact* OR target* OR "competitive intel*" OR "intelligence" OR customer* OR client* OR account OR accounts OR prospect* OR partner*) |
| 9 | (SAP OR Signavio) AND (convert* OR win OR wins OR winning OR won OR lose* OR losing OR lost OR defeat* OR flip* OR switch* OR churn*) |
| 10 | [redacted] OR "[redacted]" OR "[redacted]" |
| 11 | "SAP Only" OR "SAP and Partners Only" OR "SAP Partners and Customers Only" OR "SAP Executive Board Only" OR "SAP Internal" |
| 12 | (SAP OR Signavio) AND (internal OR proprietary OR confidential OR restricted OR secret*) |