# EXHIBIT D

# Redacted Public Version

## Exhibit D – SAP’s Requested Search Strings for the Disputed Custodians

**Custodian:**

- **Anna Moritz**
- **Sean Simpson**
- **Mitch Perreault**
- **Fabienne Sehlhoff**
- **Francesco Peroni**

| | |
|---|---|
| 1 | (SAP OR Signavio OR Celonis) AND (convert* OR win OR wins OR winning OR won OR lose* OR losing OR lost OR defeat* OR flip* OR switch* OR churn*) |
| 2 | “[redacted]” OR “[redacted]” OR “[redacted]” OR “[redacted]” OR “[redacted]” OR “[redacted]” |
| 3 | “codypmcguire@gmail.com” OR “cody.mcguire@sap.com” OR “c.mcguire@celonis.com” |
| 4 | [redacted] OR [redacted] OR [redacted] OR [redacted] OR [redacted] OR [redacted] OR “[redacted]” OR “[redacted]” OR [redacted] OR [redacted] OR [redacted] OR [redacted] OR [redacted] OR “[redacted]” OR [redacted] OR “[redacted]” OR “[redacted]” OR [redacted] OR [redacted] OR “[redacted]” OR “[redacted]” |
| 5 | ([redacted] OR [redacted] OR [redacted] OR [redacted] W/15 ([redacted] |
| 6 | (Canad*) AND (finance* OR revenue* OR profit* OR ((financ* OR business) /5 perform*) OR sale* OR “earnings” OR “income” OR “margin*” OR forecast* OR “[redacted] OR “[redacted]” OR “[redacted] OR “[redacted]” OR YE OR FYE) |
| 7 | (SAP OR Signavio) AND (internal OR proprietary OR confidential OR restricted OR secret* OR “non-public”) |
| 8 | “SAP Only” OR “SAP and Partners Only” OR “SAP Partners and Customers Only” OR “SAP Executive Board Only” |
| 9 | (SAP OR Signavio) AND (“do not share” OR “do not distribute” OR “do not forward” OR “keep this confidential” OR “treat as confidential” OR “treat it as confidential information” OR “your eyes only” OR “not for external distribution” OR “not for distribution” OR “keep between us” OR “off the record”) |
| 10 | (SAP OR Signavio) AND (“hire*” OR “interview*” OR “employee*”) |
| 11 | (SAP OR Signavio) AND (contact* OR target* OR “competitive intel*” OR “intelligence” OR espionage OR customer* OR client* OR account OR accounts OR prospect* OR partner*) |
| 12 | (SAP OR Signavio) W/15 (“business strateg*” OR “engineer*” OR “research” OR “development” OR “commercial sale*” OR “market*” OR pricing OR “competitive strateg*") |